IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TANYA HARRISON,[1] | § | |
| | § | |
| Petitioner Below, | § | No. 407, 2018 |
| Appellant, | § | |
| | § | Court Below—Family Court |
| v. | § | of the State of Delaware |
| | § | |
| ANDREW JOHNSTON, | § | File No. CN17-05073 |
| | § | Petition Nos. 17-26680, 17-35400 |
| Respondent Below, | § | and 18-00459 (N) |
| Appellee. | § | |
| | § | |

Submitted: March 8, 2019
Decided: March 19, 2019

### ORDER

On February 19, 2019, the Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for her failure to file an opening brief and appendix on or before the filing deadline of February 4, 2019. In her response to the notice to show cause, the appellant asked for an extension until March 7, 2019 to file her opening brief and appendix. The appellant was granted an extension until March 7, 2019. The appellant still has not filed an opening brief and appendix. This appeal is therefore dismissed.

---

[1] The Court assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice